

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-18-00065-CV

**IN THE INTEREST OF A.G-V., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02802
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant mother's and appellant father's parental rights. Appellant mother, who is pro se on appeal, has filed her second motion for extension of time to file her brief. After we granted appellant mother an initial ten-day extension, her brief is due April 2, 2018. She has now requested an additional ten days from that date in which to file her brief. After review, we **GRANT** appellant mother's motion and **ORDER** her to file her brief in this court on or before April 12, 2018.

We **order** the clerk of this court to serve a copy of this order on appellant mother and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court